**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PAULA M. VARGAS (TITUS),**
           **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-1561-Orl-18KRS**

**U.S. DEPARTMENT OF EDUCATION,**
           **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      The presiding judge referred this matter to me to conduct a status hearing in this Track One case, which has been pending for more than one year. Doc. No. 12. I issued an Order and Notice of Hearing setting the status conference for today. My order required Plaintiff and Defendant to confer prior to the status conference to discuss discovery and dispositive motions. My order further required Plaintiff and defense counsel to personally attend the status conference. The order cautioned Plaintiff that failure to comply with the order could result in sanctions, including a recommendation that the case be dismissed. Doc. No. 13.

      The Court's docket reflects that my Order and Notice of Hearing was mailed to Plaintiff at her address of record. Plaintiff did not appear at the status conference and defense counsel represented that Plaintiff failed to confer with him as ordered. Defendant made an *ore tenus* motion to dismiss the case for failure to comply with the Court's order.

      Federal Rule of Civil Procedure 16(f) provides, in pertinent part, as follows: "On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-

(vii), if a party . . . (A) fails to appear at a scheduling or other pretrial conference . . . or (C) fails to obey a scheduling or other pretrial order." Federal Rule of Civil Procedure 37(b)(2)(A)(v) permits the Court to dismiss Plaintiff's action, in whole or in part.

It is undisputed that Plaintiff has failed to obey the Court's Order and appear at the hearing. She was notified of the requirements of the order by the Court at her last known address of record. As Plaintiff failed to attend a hearing she was required to attend, I conclude that she has abandoned the litigation.

Accordingly, I respectfully recommend that the Court **GRANT** the Defendant's *ore tenus* motion and **DISMISS** the case without prejudice for failure to appear at the status conference and failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f). If the Court adopts this recommendation, I recommend that the Clerk of Court be directed to close the file.

The Clerk of Court is directed to mail this Report and Recommendation to Plaintiff.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge

Counsel of Record
Unrepresented Party
Courtroom Deputy