UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAULA M. VARGAS (TITUS),
        Plaintiff,

-vs-                                              Case No. 6:07-cv-1561-Orl-18KRS

U.S. DEPARTMENT OF EDUCATION,
        Defendant.
_____

## ORDER

      The case was referred to the United States Magistrate Judge for a status hearing and report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

      **ORDERED** that the report and recommendation of the magistrate judge filed on October 9, 2008 (Doc. 14) is hereby **APPROVED** and made part of this Order. Therefore it is

      **ORDERED** that the case is **DISMISSED** without prejudice for failure to comply with the court's previous orders. The Clerk of the Court is directed to **CLOSE** the case.

      It is **SO ORDERED** in Orlando, Florida, this _10_ day of October, 2008.

                                                  G. KENDALL SHARP
                                                  Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge